# MEMORANDUM

TO: Honorable Richard M. Berman
U.S. District Judge

FROM: Mohammed Ahmed
U.S. Pretrial Services Officer

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/5/18

RE: USA v. Justin Acosta
DOCKET #: 16-CR-500-1

The attached memorandum was prepared by Pretrial Services Officer

| **Mohammed Ahmed** | 212-805-4327 |
|---|---|
| Name | Phone Number |

At this time, Pretrial Services is requesting direction from the Court. Please initial the appropriate box(es) and return this form to us so that we may comply with your instructions.

[ ] I have reviewed the information that you have supplied. I do not believe that this matter requires any action by the Court at this time.

[X] My office will inform all parties concerned that I will conduct a Bail Review Hearing in

Courtroom # **17 B** on **10/30/18** at **1:00 PM**.
                                Date             Time

[ ] So Ordered: _____

[ ] I request that a Bail Review Hearing be conducted by:

    [ ] The presiding Magistrate Judge in courtroom # 5A.

    [ ] The District Court Judge presiding in Part I.

    [ ] _____ at his/her earliest convenience.
           Judicial Officer



*Richard M. Berman*
10/5/18