**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

                                                         16 CR. 500 (RMB)

   -against-

                                                         **ORDER**

JUSTIN ACOSTA,
                Defendant.
------------------------------------------------------------X

      The Court will hold a telephone status conference on Wednesday, October 28, 2020 at 10:00 AM.

      Participants, members of the public and the press can use the following dial-in information:

      USA Toll-Free Number: (877) 336-1829
      Access Code: 6265989
      Security Code: 5001

Dated: October 21, 2020
       New York, NY

                                                 */s/ Richard M. Berman*
                                        RICHARD M. BERMAN
                                               U.S.D.J.